1 | PHILIP M. MILLER (SBN 87877)
KIMBERLY A. HANCOCK (SBN 205567)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
Telephone:  (415) 882-7900
4 | Facsimile:   (415) 882-9287
pmiller@sjlawcorp.com
5 | khancock@sjlawcorp.com

6 | Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J. DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MAXSON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee,
    Plaintiffs,
vs.

U.S. METRO GROUP, INC., a California corporation,
    Defendant.

CASE NO.:  CV 11-05711 MEJ

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

Date:    Thursday, March 15, 2012
Time:    10:00 a.m.
Judge:   Magistrate Judge Maria-Elena James
         Courtroom B. 15th Floor
         450 Golden Gate Ave.
         San Francisco, CA

Plaintiffs hereby submit their Request for Continuance of the Case Management Conference currently scheduled for Thursday, March 15, 2012 at 10:00 a.m.

1. The Complaint in this matter was filed on November 29, 2012 for Defendant's failure to pay employee pension contributions owing to Plaintiff Service Employees International Union National Industry Pension Fund.

- 1 -

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; CASE NO. C 11-05711 MEJ

2.   On February 15, 2012, Defendant U.S. Metro Group, Inc. executed a waiver of the service of summons.  On February 23, 2012, the executed waiver of service of summons was filed with the Court (Docket No. 4).  Pursuant to the filed waiver of service of summons, Defendant's response to the complaint is due by April 16, 2012.

3.   The parties are currently in settlement discussions concerning Defendant's liability to the Pension Fund.

4.   The parties hope to resolve all of the above issues and reach settlement of this matter within the next sixty (60) days.

5.   Therefore, there is nothing for the Court to consider at this time.

6.   Plaintiffs therefore respectfully request that, in order to minimize costs and fees in this action and allow the parties to finalize settlement of this matter, the Case Management Conference be continued for a period of at least sixty (60) days.

Date:  March 5, 2012                        SALTZMAN & JOHNSON LAW CORPORATION

                                            By:  _____/S/_____
                                                 Kimberly A. Hancock
                                                 Attorneys for Plaintiffs

IT IS SO ORDERED.

   Based on the foregoing, and for GOOD CAUSE appearing, the Case Management Conference currently set for Thursday, March 15, 2012 at 10:00 a.m. is hereby continued to May 24, 2012 at 10:00 a.m.

Date:  March 6, 2012                        _____
                                            The Honorable Maria-Elena James
                                            Magistrate Judge, United States District Court

- 2 -                                       REQUEST TO CONTINUE CASE
                                            MANAGEMENT CONFERENCE;
                                            [PROPOSED] ORDER; CASE NO. C 11-05711 MEJ

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On March 5, 2012, I served the document listed below on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR CONTINUANCE OF  
CASE MANAGEMENT CONFERENCE  
AND [PROPOSED] ORDER THEREON**

XX    **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

XX    **E-MAIL**: as a courtesy, I caused copies of the same to be sent to the persons listed below at the respective e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

*Addressed to:*

   A. Jay Norton, Esq.  
   Law Offices of A. Jay Norton  
   Attorney for Defendant U.S. Metro Group  
   4010 Watson Plaza Drive, Suite 270  
   Lakewood, CA  90712  
   Email:  ajaynorton@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 5th day of March, 2012, at San Francisco, California.

_____/S/_____  
Julie Jellen

- 3 -

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; CASE NO. C 11-05711 MEJ