PHILIP M. MILLER (SBN 87877)
KIMBERLY A. HANCOCK (SBN 205567)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
pmiller@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J. DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MAXSON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee,<br>                    Plaintiffs,<br>vs.<br><br>U.S. METRO GROUP, INC., a California corporation,<br>                    Defendant. | Case No.:  CV 11-5711 MEJ<br><br>**JOINT REQUEST TO EXTEND DEADLINE FOR MEDIATION; [PROPOSED] ORDER** |

On April 30, 2012, Plaintiffs and Defendants filed a Stipulation and [Proposed] Order Selecting Mediation.  Docket No. 15.  Thereafter, Magistrate Judge Maria-Elena James issued an order on April 30, 2012, requiring the mediation to be completed by July 29, 2012.  Docket No. 16.  On May 22, 2012, the Court designated R. Bradford Huss as the Mediator.  Docket No. 19.

Good cause exists for the current mediation deadline to be extended.  Plaintiffs initiated this action to collect unpaid collectively bargained contributions, interest, and liquidated damages owed by the Defendants.  Due to the nature of the action, parties are currently awaiting the completion of an audit in order to properly discuss the case.  Additionally, counsels anticipate

C:\temp\notes56FD74\Joint Request to Extend Mediation Deadline 062512.doc

some unavailability due to the summer holiday season.  Mediator R. Bradford Huss has agreed to such extension.

Accordingly, the parties respectfully request that the Court extend the deadline to complete the mediation an additional 60 days until September 27, 2012.

Dated: June 25, 2012                         SALTZMAN & JOHNSON LAW CORPORATION


By: _____/S/_____
      Kimberly A. Hancock
      Attorneys for Plaintiff


Dated: June 25, 2012                         LAW OFFICES OF A. JAY NORTON


By: _____/S/_____
      Aura J. Norton, III
      Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and good cause appearing, the parties shall complete the mediation by September 27, 2012.

Date: __June 25, 2012_____          _____
                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge

-2-
REQUEST TO EXTEND MEDIATION DEADLINE
Case No.:  CV 11-5711 MEJ

C:\temp\notes56FD74\Joint Request to Extend Mediation Deadline 062512.doc