1  PHILIP M. MILLER (SBN 87877)
   KIMBERLY A. HANCOCK (SBN 205567)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone:  (415) 882-7900
4  Facsimile:   (415) 882-9287
   pmiller@sjlawcorp.com
5  khancock@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SERVICE EMPLOYEES INTERNATIONAL         Case No.:  CV 11-5711 MEJ
   UNION NATIONAL INDUSTRY PENSION
11 FUND; STEPHEN ABRECHT, Trustee;
   RODERICK S. BASHIR, Trustee; KEVIN J.   **JOINT REQUEST TO EXTEND**
12 DOYLE, Trustee; DAVID A. STILWELL,      **DEADLINE FOR MEDIATION;**
   Trustee; STEVEN W. FORD, Trustee;       **[PROPOSED] ORDER**
13 LARRY T. SMITH, Trustee; FRANK A.
14 MAXSON, Trustee; EDWARD MANKO,
   Trustee; JOHN J. SHERIDAN, Trustee; and
15 MYRIAM ESCAMILLA, Trustee,
                         Plaintiffs,
16     vs.

17 U.S. METRO GROUP, INC., a California
   corporation,
18                       Defendant.

19

20     On April 30, 2012, Plaintiffs and Defendants filed a Stipulation and [Proposed] Order

21 Selecting Mediation.  Docket No. 15.  Thereafter, Magistrate Judge Maria-Elena James issued an

22 order on April 30, 2012, requiring the mediation to be completed by July 29, 2012.  Docket No.

23 16.  On May 22, 2012, the Court designated R. Bradford Huss as the Mediator.  Docket No. 19.

24     Good cause exists for the current mediation deadline to be extended.  Plaintiffs initiated

25 this action to collect unpaid collectively bargained contributions, interest, and liquidated damages

26 owed by the Defendants.  Due to the nature of the action, parties are currently awaiting the

27 completion of an audit in order to properly discuss the case.  Additionally, counsels anticipate

28

C:\temp\notes56FD74\Joint Request to Extend Mediation Deadline 062512.doc

some unavailability due to the summer holiday season.  Mediator R. Bradford Huss has agreed to such extension.

Accordingly, the parties respectfully request that the Court extend the deadline to complete the mediation an additional 60 days until September 27, 2012.

Dated: June 25, 2012          SALTZMAN & JOHNSON LAW CORPORATION


By: _____/S/_____
    Kimberly A. Hancock
    Attorneys for Plaintiff


Dated: June 25, 2012          LAW OFFICES OF A. JAY NORTON


By: _____/S/_____
    Aura J. Norton, III
    Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and good cause appearing, the parties shall complete the mediation by September 27, 2012.

Date: __June 25, 2012_____          _____
                                     MARIA-ELENA JAMES
                                     United States Magistrate Judge