1 | PHILIP M. MILLER (SBN 87877)
  | KIMBERLY A. HANCOCK (SBN 205567)
2 | SALTZMAN & JOHNSON LAW CORPORATION
  | 44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
  | Telephone: (415) 882-7900
4 | Facsimile: (415) 882-9287
  | pmiller@sjlawcorp.com
5 | khancock@sjlawcorp.com

6 | Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J. DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MAXSON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee, Plaintiffs, vs. U.S. METRO GROUP, INC., a California corporation, Defendant. | CASE NO.: CV 11-05711 MEJ<br><br>STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date: Thursday, August 2, 2012<br>Time: 10:00 a.m.<br>Judge: Chief Magistrate Judge Maria-Elena James<br>Courtroom B. 15th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto as follows:

1. The Complaint in this matter was filed on November 29, 2012 for Defendant's failure to pay employee pension contributions owing to Plaintiff Service Employees International Union National Industry Pension Fund. (Dkt. No. 1).

2. On February 15, 2012, Defendant U.S. Metro Group, Inc. executed a Waiver of the Service of Summons. On February 23, 2012, the executed Waiver of Service of Summons was filed with the Court. (Dkt. No. 4). Pursuant to the filed Waiver of Service of Summons, Defendant's response to the Complaint was due by April 16, 2012.

- 1 -   STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; CASE NO. C 11-5711 MEJ

3. On March 5, 2012, the Plaintiffs filed a Request for Continuance of Case Management Conference to allow the parties to settle the matter (Dkt. No. 7).

4. On March 6, 2012, the Court ordered the initial Case Management Conference continued for 60 days to May 24, 2012. (Dkt No. 9).

5. On March 6, 2012, the Defendant filed its Answer to the Complaint. (Dkt. No. 11).

6. On April 30, 2012, the parties filed a Stipulation to ADR, selecting the mediation process, to occur within 90 days of the Court's order. (Dkt. No. 15).

7. On April 30, 2012, the Court entered its Order for Mediation to occur within 90 days (by July 30, 2012). (Dkt No. 16).

8. On May 11, 2011, the Plaintiffs filed a Stipulation for Continuance of the Case Management Conference to allow the parties to allow Plaintiffs to complete an audit of Defendant's payroll records for the period of the contribution delinquencies, from 2005 through the present. (Dkt. No. 17).

9. On May 11, 2012, the Court ordered the initial Case Management Conference continued to August 2, 2012. (Dkt. No. 18).

10. On May 22, 2012, the ADR Clerk notified the parties that R. Bradford Huss had been appointed Mediator. (Dkt. No. 19).

11. On June 25, 2012, by agreement with the Mediator, the Plaintiffs filed a Motion to Extend the Mediation Deadline. (Dkt. No. 20).

12. On June 25, 2012, the Court granted the Motion to Extend the Mediation Deadline to September 27, 2012. (Dkt. No. 21).

13. On June 26, 2012, the parties were notified that Mediation had been set for August 21, 2012. At the Mediation, the parties hope to reach a settlement of this matter.

14. The parties therefore respectfully request that, in order to minimize costs and fees in this action, to allow settlement of this matter, and in the interest of judicial economy, the initial Case Management Conference be continued for a period of at least forty-five (45) days.

- 2 -   STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; CASE NO. C 11-5711 MEJ

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\U S. METRO GROUP, INC\PLEADINGS\Case Management Conference\072412 Stipulation to Continue CMC.doc

| | | |
|---|---|---|
| 1 | Dated: July 25, 2012 | SALTZMAN & JOHNSON LAW CORPORATION |
| 2 | | By: _____/S/_____ |
| 3 | | Kimberly A. Hancock |
| | | Attorneys for Plaintiffs |
| 4 | | |
| 5 | Dated: July 25, 2012 | LAW OFFICES OF A. J. NORTON |
| 6 | | By: ____(See attached signature page)____ |
| 7 | | Aura J. Norton, III |
| | | Attorneys for Defendant |

IT IS SO ORDERED.

Based on the foregoing, and for GOOD CAUSE appearing, the Case Management Conference currently set for Thursday, August 2, 2012 at 10:00 a.m. is hereby continued to October 4, 2012 at 10:00 a.m. All deadlines are adjusted accordingly.

Date: July 27, 2012

_____
The Honorable Maria-Elena James
Chief Magistrate Judge
United States District Court

- 3 -   STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; CASE NO. C 11-5711 MEJ

| | | |
|---|---|---|
| 1 | Dated: July ___, 2012 | SALTZMAN & JOHNSON LAW CORPORATION |
| 2 | | By: _____/S/_____ |
| 3 | | Kimberly A. Hancock |
| | | Attorneys for Plaintiffs |
| 4 | | |
| 5 | Dated: July __, 2012 | LAW OFFICES OF A. J. NORTON |
| 6 | | By: _____/S/_____ |
| 7 | | Aura J. Norton, III |
| | | Attorneys for Defendant |

IT IS SO ORDERED.

Based on the foregoing, and for GOOD CAUSE appearing, the Case Management Conference currently set for Thursday, August 2, 2012 at 10:00 a.m. is hereby continued to _____ at 10:00 a.m.

Date: _____     _____
The Honorable Maria-Elena James
Chief Magistrate Judge
United States District Court

- 3 -
STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; CASE NO. C 11-5711 MEJ

C:\Users\Compaq\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\OI4KWY72\072412 Stipulation to Continue CMC.doc