PHILIP M. MILLER (SBN 87877)
KIMBERLY A. HANCOCK (SBN 205567)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
pmiller@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J. DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MAXSON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee,<br>                          Plaintiffs,<br>vs.<br>U.S. METRO GROUP, INC., a California corporation,<br>                          Defendant. | Case No.:  CV 11-5711 MEJ<br><br>**JOINT REQUEST TO EXTEND DEADLINE FOR MEDIATION; [PROPOSED] ORDER** |

On April 30, 2012, Plaintiffs and Defendants filed a Stipulation and [Proposed] Order Selecting Mediation. (Dkt. No. 15).  Thereafter, Magistrate Judge Maria-Elena James issued an order on April 30, 2012, requiring the mediation to be completed by July 29, 2012.  Docket No. 16.  On May 22, 2012, the court designated R. Bradford Huss as the Mediator. (Dkt. No. 19).

On June 25, 2012, Plaintiffs and Defendants filed a Stipulation and [Proposed] Order, requesting that the mediation completion date be extended to September 27, 2012, (Dkt. No. 20).

On June 25, 2012, the court granted the order extending the mediation completion date to September 27, 2012. (Dkt. No 21).

-1-
REQUEST TO EXTEND MEDIATION DEADLINE
Case No.:  CV 11-5711 MEJ

1   Good cause exists for the current mediation deadline to be extended.  Plaintiffs initiated
2 this action to collect unpaid collectively bargained contributions, interest, and liquidated damages
3 owed by the Defendants.

4   The parties have diligently been conducting audits of five sites at issue.

5   The audit has been completed as to three of the five sites.  However, two sites are still in
6 the audit process.

7    In addition, the plaintiffs have recently discovered a sixth site for which an audit is
8 required that was previously unknown to plaintiffs.

9   By gross summary, the parties do not have final audit numbers from the plaintiffs for
10 consideration and review by the defendant.   The parties anticipate having "final" audit numbers
11 within the next thirty to forty-five days.

12   Mediator R. Bradford Huss has agreed to such extension.  The parties and the mediator
13 have exchanged proposed mediation dates in November.

14   Accordingly, the parties respectfully request that the Court extend the deadline to complete
15 the mediation an additional 60 days until November 30, 2012.

16 Dated: September 21, 2012              SALTZMAN & JOHNSON LAW CORPORATION

                                        By:  /s/ KIMBERLY A. HANCOCK____
                                             Kimberly A. Hancock
                                             Attorneys for Plaintiff

Dated: September 21, 2012              LAW OFFICES OF A. JAY NORTON

                                        By:  /s/AURA J. NORTON, III_____
                                             Aura J. Norton, III
                                             Attorneys for Defendants

1  IT IS SO ORDERED.

2     Based on the foregoing, and good cause appearing, the parties shall complete the mediation
3  by November 30, 2012.

4

5  Date:  September 24, 2012        _____
                                     MARIA-ELENA JAMES
6                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28