PHILIP M. MILLER (SBN 87877)
KIMBERLY A. HANCOCK (SBN 205567)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
pmiller@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J. DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MAXSON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee,<br><br>                                 Plaintiffs,<br>vs.<br><br>U.S. METRO GROUP, INC., a California corporation,<br><br>                                 Defendant. | CASE NO.:  CV 11-05711 MEJ<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:     Thursday, October 4, 2012<br>Time:    10:00 a.m.<br>Judge:   Chief Magistrate Judge<br>             Maria-Elena James<br>             Courtroom B. 15th Floor<br>             450 Golden Gate Ave.<br>             San Francisco, CA |

   IT IS HEREBY STIPULATED by and between the parties hereto as follows:

   1.   The Complaint in this matter was filed on November 29, 2011, for Defendant's failure to pay employee pension contributions owing to Plaintiff Service Employees International Union National Industry Pension Fund.  (Dkt. No. 1).

   2.   On February 15, 2012, Defendant U.S. Metro Group, Inc. executed a Waiver of the Service of Summons.  On February 23, 2012, the executed Waiver of Service of Summons was filed with the Court.  (Dkt. No. 4).  Pursuant to the filed Waiver of Service of Summons, Defendant's response to the Complaint was due by April 16, 2012.

- 1 -   STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER; CASE NO. C 11-5711 MEJ

|   |     |   |
|---|-----|---|
| 1 | 3. | On March 5, 2012, the Plaintiffs filed a Request for Continuance of Case Management Conference to allow the parties to settle the matter (Dkt. No. 7). |
| 3 | 4. | On March 6, 2012, the Court ordered the initial Case Management Conference continued for 60 days to May 24, 2012.  (Dkt No. 9). |
| 5 | 5. | On March 6, 2012, the Defendant filed its Answer to the Complaint.  (Dkt. No. 11). |
| 6 | 6. | On April 30, 2012, the parties filed a Stipulation to ADR, selecting the mediation process, to occur within 90 days of the Court's order.  (Dkt. No. 15). |
| 8 | 7. | On April 30, 2012, the Court entered its Order for Mediation to occur within 90 days (by July 30, 2012).  (Dkt No. 16). |
| 10 | 8. | On May 11, 2011, the Plaintiffs filed a Stipulation for Continuance of the Case Management Conference to allow the parties to allow Plaintiffs to complete an audit of Defendant's payroll records for the period of the contribution delinquencies, from 2005 through the present.  (Dkt. No. 17). |
| 14 | 9. | On May 11, 2012, the Court ordered the initial Case Management Conference continued to August 2, 2012.  (Dkt. No. 18). |
| 16 | 10. | On May 22, 2012, the ADR Clerk notified the parties that R. Bradford Huss had been appointed Mediator.  (Dkt. No. 19). |
| 18 | 11. | On June 25, 2012, by agreement with the Mediator, the Plaintiffs filed a Motion to Extend the Mediation Deadline.  (Dkt. No. 20). |
| 20 | 12. | On June 25, 2012, the Court granted the Motion to Extend the Mediation Deadline to September 27, 2012.  (Dkt. No. 21). |
| 22 | 13. | On June 26, 2012, the parties were notified that Mediation had been set for August 21, 2012. |
| 24 | 14. | On September 21, 2012, the parties requested that the court Extend the Mediation Deadline until November 30, 2012. |
| 26 | 15. | On September 24, 2012, the court granted the motion to Extend the Mediation Deadline to November 30, 2012. |

- 2 -   STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; CASE NO. C 11-5711 MEJ

The parties therefore respectfully request that, in order to minimize costs and fees in this action, to allow settlement of this matter, and in the interest of judicial economy, the initial Case Management Conference be continued for a period of at least sixty (60) days.

Dated:  September 24, 2012            SALTZMAN & JOHNSON LAW CORPORATION

By:  _____/S/_____
    Kimberly A. Hancock
    Attorneys for Plaintiffs

Dated   September 24, 2012            LAW OFFICES OF A. J. NORTON

By:  _____/S/_____
    Aura J. Norton, III
    Attorneys for Defendant

IT IS SO ORDERED.

Based on the foregoing, and for GOOD CAUSE appearing, the Case Management Conference currently set for Thursday, October 4, 2012 at 10:00 a.m. is hereby continued to _____December 4, 2012_____ at 10:00 a.m.

Date:   ___September 24, 2012_____            _____
    The Honorable Maria-Elena James
    Chief Magistrate Judge
    United States District Court

- 3 -

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; CASE NO. C 11-5711 MEJ

**DECLARATION OF KIMBERLY A. HANCOCK**

Pursuant to ECF General Order 45, I, Kimberly a. Hancock, declare as follows:

1.   The signatory listed above, Aura J. Norton, III, of the Law Offices of A. J. Norton, is the attorney of record for defendants;

2.   Concurrent with the e-filing of the within Stipulation for Continuance of Case Management Conference and [Proposed] Order, authority was obtained from Aura J. Norton, III in lieu of his signature on the Statement;

3.   The Law Offices of Saltzman & Johnson maintains a record to support this concurrence for subsequent production for the court if so ordered for inspection upon request by a party until one year after final resolution of the within action, including appeal, if any.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed this 24th day of September, 2012, in San Francisco, California.

_____/S/_____
Kimberly A. Hancock

- 4 -   STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; CASE NO. C 11-5711 MEJ

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\U.S. METRO GROUP, INC\PLEADINGS\Case Management Conference\092412 Stipulation to Continue CMC FINAL.doc