1   Aura J. Norton, III, Esq. (SBN 67001)
    Law Offices of A. Jay Norton
2   4010 Watson Plaza Drive, # 270
    Lakewood, CA 90712
3   Telephone: (562) 420-3243
    Facsimile:   (562) 420-8276
4   E-mail: ajaynorton@yahoo.com

5   Attorney for Defendant, US Metro Group, Inc.

6

7

8                   UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  SERVICE EMPLOYEES INTERNATIONAL      ) CASE NO.  CV 11-05711 MEJ
    UNION NATIONAL INDUSTRY PENSION      )
12  FUND; STEPHEN ABRECHT, Trustee;      ) REQUEST TO ALLOW
    RODERICK S. BASHIR, Trustee; KEVIN J. ) TELEPHONIC APPEARANCE
13  DOYLE, Trustee; DAVID A. STILLWELL,  ) AT CASE MANAGEMENT
    Trustee; STEVEN W. FORD, Trustee; LARRY ) CONFERENCE
14  T. SMITH, Trustee; FRANK A. MAXSON,  )
    Trustee; EDWARD MANKO, Trustee; JOHN )
15  J. SHERIDAN, Trustee, and MYRIAM     )
    ESCAMILLA, Trustee,                  )
16                                       ) Date: December 6, 2012
                   Plaintiffs,           ) Time: 10:00 A.M.
17                                       ) Judge: Chief Magistrate Judge
    vs.                                  )        Maria-Elena James
18                                       )        Courtroom B, 15th Floor
    U.S. METRO GROUP, INC., a California )        450 Golden Gate Avenue
19  corporation,                         )        San Francisco, CA
                                         )
20                 Defendant.            )
                                         )
21  _____)

22         Due to the distance involved in the travel from Southern California to

23  San Francisco, counsel for Defendant, US Metro Group, Inc., does hereby request

24  that the court allow him to appear by telephonic conference call at the "Case

25  Management Conference" currently set for  December 6, 2012, at 10:00 A.M.

26  Dated: November 27, 2012              LAW OFFICES OF A. JAY NORTON

27

28                                       _____/s/_____
                                         By: Aura J. Norton, III
    _____
                        REQUEST FOR TELEPHONIC CONFERENCE
                        APPEARANCE AND [PROPOSED] ORDER
                        CASE NO:CV 11- 05711 MEJ

1    IT IS SO ORDERED AND ALLOWED.

2

3    Date: _____

4                                          _____
                                           The Honorable Maria-Elena James
5                                          Chief Magistrate Judge
                                           United States District Court
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                              -2-

28   _____
                                    REQUEST FOR TELEPHONIC CONFERENCE
                                    APPEARANCE AND [PROPOSED] ORDER
                                    CASE NO: CV 11-05711 MEJ