1  Aura J. Norton, III, Esq. (SBN 67001)
   Law Offices of A. Jay Norton
2  4010 Watson Plaza Drive, # 270
   Lakewood, CA 90712
3  Telephone: (562) 420-3243
   Facsimile:   (562) 420-8276
4  E-mail: ajaynorton@yahoo.com

5  Attorney for Defendant, US Metro Group, Inc.

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | SERVICE EMPLOYEES INTERNATIONAL     ) CASE NO.  CV 11-05711 MEJ
   | UNION NATIONAL INDUSTRY PENSION     )
12 | FUND; STEPHEN ABRECHT, Trustee;     ) REQUEST TO ALLOW
   | RODERICK S. BASHIR, Trustee; KEVIN J.) TELEPHONIC APPEARANCE
13 | DOYLE, Trustee; DAVID A. STILLWELL, ) AT CASE MANAGEMENT
   | Trustee; STEVEN W. FORD, Trustee; LARRY ) CONFERENCE
14 | T. SMITH, Trustee; FRANK A. MAXSON,  )
   | Trustee; EDWARD MANKO, Trustee; JOHN )
15 | J. SHERIDAN, Trustee, and MYRIAM    )
   | ESCAMILLA, Trustee,                 )
16                                       ) Date: December 6, 2012
                Plaintiffs,              ) Time: 10:00 A.M.
17                                       ) Judge: Chief Magistrate Judge
   vs.                                   )       Maria-Elena James
18                                       )       Courtroom B, 15th Floor
   U.S. METRO GROUP, INC., a California  )       450 Golden Gate Avenue
19 corporation,                          )       San Francisco, CA
                                         )
20              Defendant.               )
                                         )
21 _____)

22      Due to the distance involved in the travel from Southern California to

23 San Francisco, counsel for Defendant, US Metro Group, Inc., does hereby request

24 that the court allow him to appear by telephonic conference call at the "Case

25 Management Conference" currently set for  December 6, 2012, at 10:00 A.M.

26 Dated: November 27, 2012               LAW OFFICES OF A. JAY NORTON

27
                                          _____/s/_____
28                                        By: Aura J. Norton, III
   _____
                    REQUEST FOR TELEPHONIC CONFERENCE
                    APPEARANCE AND [PROPOSED] ORDER
                    CASE NO:CV 11- 05711 MEJ

1  IT IS SO ORDERED AND ALLOWED.

3  Date: __November 27, 2012__

_____
The Honorable Maria-Elena James
Chief Magistrate Judge
United States District Court

-2-

REQUEST FOR TELEPHONIC CONFERENCE
APPEARANCE AND [PROPOSED] ORDER
CASE NO: CV 11-05711 MEJ