1  PHILIP M. MILLER (SBN 87877)
   KIMBERLY A. HANCOCK (SBN 205567)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   pmiller@sjlawcorp.com
5  khancock@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (SAN FRANCISCO DIVISION)

11 SERVICE EMPLOYEES INTERNATIONAL
   UNION NATIONAL INDUSTRY PENSION          CASE NO.: CV 11-05711 MEJ
12 FUND; STEPHEN ABRECHT, Trustee;
   RODERICK S. BASHIR, Trustee; KEVIN J.    NOTICE OF SETTLEMENT AND
13 DOYLE, Trustee; DAVID A. STILWELL,       REQUEST TO VACATE
   Trustee; STEVEN W. FORD, Trustee;        SETTLEMENT CONFERENCE,
14 LARRY T. SMITH, Trustee; FRANK A.        PRETRIAL AND TRIAL DATES AND
   MAXSON, Trustee; EDWARD MANKO,           RELATED DEADLINES;
15 Trustee; JOHN J. SHERIDAN, Trustee; and  [PROPOSED] ORDER
16 MYRIAM
   ESCAMILLA, Trustee,
17                                          **Complaint filed:** November 29, 2011
                    Plaintiffs,             **Trial Date:**     April 7, 2014
18 vs.

19 U.S. METRO GROUP, INC., a California
   corporation,
20                  Defendant.

21

22     NOTICE IS HEREBY GIVEN that the parties in the above-entitled action have reached a

23 settlement. A Stipulation for Entry of Judgment and Judgment will be filed with the Court on or

24 before October 22, 2013. Accordingly, the parties request that the Settlement Conference set for

25 October 23, 2013, the Pretrial Conference set for March 6, 2014 and the Trial set for April 7, 2014

26 and all related deadlines be vacated.

27

28
                                         - 1 -   NOTICE OF SETTLEMENT AND REQUEST
                                     TO VACATE SETTLEMENT, PRETRIAL AND TRIAL DATES
                                            [PROPOSED ORDER]; CASE NO. CV 11-5711 MEJ
C:\Users\Compaq\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\UJ8Q7688\Notice of Settlement.doc

Respectfully submitted,

Date: October 3, 2013     SALTZMAN & JOHNSON LAW CORPORATION

By:   /S/ Kimberly A. Hancock
      KIMBERLY A. HANCOCK
      Attorneys for Plaintiffs

Dated: October 3, 2013    LAW OFFICES OF A. J. NORTON

By: _____
    AURA J. NORTON, III
    Attorneys for Defendant

IT IS SO ORDERED.

    Pursuant to the foregoing Notice of Settlement, and good cause appearing, the Court hereby vacates the Settlement Conference, Pretrial and Trial dates currently set for October 23, 2013, March 6, 2014 and April 7, 2014, respectively, and all other related trial deadlines.

Date: October 4, 2013     _____
                          MARIA-ELENA JAMES
                          United States Magistrate Judge

- 2 -    NOTICE OF SETTLEMENT AND REQUEST TO VACATE SETTLEMENT, PRETRIAL AND TRIAL DATES [PROPOSED ORDER]; CASE NO. CV 11-5711 MEJ

C:\Users\Compaq\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\UJ8Q7688\Notice of Settlement.doc