1  PHILIP M. MILLER (SBN 87877)
   KIMBERLY A. HANCOCK (SBN 205567)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone:  (415) 882-7900
4  Facsimile:   (415) 882-9287
   pmiller@sjlawcorp.com
5  khancock@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   (SAN FRANCISCO DIVISION)

11 | SERVICE EMPLOYEES INTERNATIONAL
   | UNION NATIONAL INDUSTRY PENSION
12 | FUND; STEPHEN ABRECHT, Trustee;           CASE NO.:  CV 11-05711 MEJ
   | RODERICK S. BASHIR, Trustee; KEVIN J.
13 | DOYLE, Trustee; DAVID A. STILWELL,         **NOTICE OF SETTLEMENT AND
   | Trustee; STEVEN W. FORD, Trustee;          REQUEST TO VACATE
14 | LARRY T. SMITH, Trustee; FRANK A.          SETTLEMENT CONFERENCE,
   | MAXSON, Trustee; EDWARD MANKO,             PRETRIAL AND TRIAL DATES AND
15 | Trustee; JOHN J. SHERIDAN, Trustee; and    RELATED DEADLINES;
16 | MYRIAM                                     [PROPOSED] ORDER**
   | ESCAMILLA, Trustee,
17 |                                            **Complaint filed:**  November 29, 2011
   |                          Plaintiffs,       **Trial Date:**       April 7, 2014
18 | vs.
19 | U.S. METRO GROUP, INC., a California
   | corporation,
20 |                          Defendant.

21

22      NOTICE IS HEREBY GIVEN that the parties in the above-entitled action have reached a

23 settlement. A Stipulation for Entry of Judgment and Judgment will be filed with the Court on or

24 before October 22, 2013. Accordingly, the parties request that the Settlement Conference set for

25 October 23, 2013, the Pretrial Conference set for March 6, 2014 and the Trial set for April 7, 2014

26 and all related deadlines be vacated.

27

28

                                         - 1 -   NOTICE OF SETTLEMENT AND REQUEST
                                                 TO VACATE SETTLEMENT, PRETRIAL AND TRIAL DATES
                                                 [PROPOSED ORDER]; CASE NO. CV 11-5711 MEJ
C:\Users\Compaq\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\UJ8Q7688\Notice of Settlement.doc

Respectfully submitted,

Date: October 3, 2013                SALTZMAN & JOHNSON LAW CORPORATION

By:   /S/ Kimberly A. Hancock
      KIMBERLY A. HANCOCK
      Attorneys for Plaintiffs

Dated: October 3, 2013               LAW OFFICES OF A. J. NORTON

By: _____
      AURA J. NORTON, III
      Attorneys for Defendant

IT IS SO ORDERED.

    Pursuant to the foregoing Notice of Settlement, and good cause appearing, the Court hereby vacates the Settlement Conference, Pretrial and Trial dates currently set for October 23, 2013, March 6, 2014 and April 7, 2014, respectively, and all other related trial deadlines.

Date: October 4, 2013            _____
                                 MARIA-ELENA JAMES
                                 United States Magistrate Judge

- 2 -

NOTICE OF SETTLEMENT AND REQUEST TO VACATE SETTLEMENT, PRETRIAL AND TRIAL DATES [PROPOSED ORDER]; CASE NO. CV 11-5711 MEJ

C:\Users\Compaq\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\UJ8Q7688\Notice of Settlement.doc